Compas Medical, P.C., as Assignee of Pierre, Eddy, Appellant, 
against
Hereford Insurance Co., Respondent.




The Rybak Firm, PLLC (Damin J. Toell, Esq.), for appellant.
Law Offices of Rubin & Nazarian (Lawrence R. Miles, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Ulysses Bernard Leverett, J.), entered May 20, 2014. The order denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment. Defendant opposed the motion and cross-moved for summary judgment dismissing the complaint on the ground that defendant did not provide insurance coverage for the vehicle in question on the date of the accident at issue. By order entered May 20, 2014, the Civil Court denied plaintiff's motion and granted defendant's cross motion.
For the reasons stated in Compas Med., P.C., as Assignee of Pierre, Eddy v Hereford Ins. Co. (___ Misc 3d ___, 2017 NY Slip Op ______ [appeal No. 2014-1319 Q C], decided herewith), the order is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 18, 2017